```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6  Attorney for Defendant
    JOHN ELLIS
 7
```

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  No. MAG 11-098 EFB
                                   )
12              Plaintiff,         )
                                   )     STIPULATION AND ORDER
13      v.                         )
                                   )
14  JOHN ELLIS,                    )  Date: **June 6, 2011**
                                   )  Time: 10:00 a.m.
15              Defendant.         )  Judge: Hon. Edmund F. Brennan
                                   )
16  _____)

17

18      IT IS HEREBY STIPULATED between the parties through their

19  respective counsel, David Stevens, Assistant United States Attorney,

20  and Linda C. Harter, Chief Assistant Federal Defender, attorney for

21  JOHN ELLIS, that the Court vacate the court trial on May 24, 2011 at

22  10:00 a.m. and set a new court trial on **June 6, 2011** at 10:00 a.m.

23      The parties also agree that the ends of justice served by granting

24  defendant's request for a continuance, outweigh the best interest of

25  the public and the defendant in a speedy trial, because the defense

26  requires more time to investigate and negotiate a resolution.  18

27  U.S.C. § 3161(h)(7)(A).

28  ////

1     The parties stipulate that for the purpose of computing time under
2 the Speedy Trial Act, the Court should exclude time from the date of
3 this order through June 6, 2011, for defense preparation and
4 investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].
5 Dated:  May 23, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOHN ELLIS

Dated: May 23, 2011                     BENJAMIN B. WAGNER
                                        United States Attorney



                                        /s/ David Stevens
                                        DAVID STEVENS
                                        Assistant United States Attorney


                              **ORDER**

As amended, So Ordered.

Dated: May 24, 2011

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                -2-